AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    CENTRAL DISTRICT OF CALIFORNIA    on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>EDCV19-235JGB(SHKx) | DATE FILED<br>2/5/2019 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>Plaintiff REYNALDO ROBLEDO, Trustee of the ROBERTO ROBLEDO-PINAL 1994 TRUST | | DEFENDANT<br>Los Roberto's Taco Shop, an unknown business entity |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,806,264 | 11/23/1993 | ROBERTO ROBLEDO-PINAL 1994 TRUST |
| 2 | 1,826,505 | 3/15/1994 | ROBERTO ROBLEDO-PINAL 1994 TRUST |
| 3 | 1,952,098 | 1/30/1996 | ROBERTO ROBLEDO-PINAL 1994 TRUST |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SCHEDULING NOTICE AND ORDER by Judge Jesus G. Bernal.<br>This Court retains full jurisdiction over this action and this Order shall not prejudice any party. All previously set deadlines and dates are hereby VACATED.<br>(JS-6) |

| CLERK<br>Kiry K.Gray | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>2/10/2020 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**